UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER MAY,

        Plaintiff,

v.                                                   CV 12-676 MCA/CG

BOARD OF COUNTY COMMISSIONERS FOR
CIBOLA COUNTY, CIBOLA COUNTY SHERIFF
JOHNNY VALDEZ, in his official capacity, CIBOLA
COUNTY SHERIFF'S DETECTIVE WILLIAM
MARION, in his individual capacity, JAMES REESE,
and OLIVER REESE,

        Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter comes before me on Defendants James Reese and Oliver Reese's Motion for Extension of time to Submit Settlement Letter. (Doc. 144.) The Reeses cite a family emergency as good cause for the extension. The motion is well taken.

No later than **5:00 p.m. on July 21, 2015,** counsel for the Reese Defendants shall serve on plaintiff's counsel and counsel for the County Defendants a letter that sets forth at least the following information: (a) any points in plaintiff's letter with which the defense agrees; (b) any point in plaintiff's letter with which the defense disagrees, with references to supporting evidence and legal principles; and (c) a settlement offer.

No later than **5:00 p.m. on July 22, 2015**, counsel for the Reese Defendants shall provide to my chambers a copy if its letter to opposing counsel and a concise letter, in confidence, that shall contain an analysis of the strengths and weaknesses of its case. These letters may be sent to me by facsimile transmission at **505-348-2305**.

2

IT IS SO ORDERED.

_____
WILILAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE